**Order entered September 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01223-CR

**RODOLFO RAMOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-84988-2011**

## ORDER

The Court has received this appeal from the trial court's order denying appellant the relief sought by his article 11.072 application for writ of habeas corpus. The appeal is accelerated under Texas Rule of Appellate Procedure 31.1.

We **ORDER** the Collin County Clerk to file, by **OCTOBER 1, 2013**, the clerk's record containing the documents related to appellant's application for writ of habeas corpus.

We **ORDER** court reporter Claudia Webb to file, by **OCTOBER 1, 2013**, either the reporter's record of the hearing conducted on the application for writ of habeas corpus or written verification that the hearing was not recorded.

We **ORDER** appellant to file his brief by **October 18, 2013**. We **ORDER** the State to file its brief by **November 4, 2013**. If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief. *See* Tex. R. App. P. 31.1.

The appeal will be submitted without argument on **November 21, 2013** to a panel consisting of justices FitzGerald, Lang, and Fillmore.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to: Stacy Kemp, Collin County Clerk; Claudia Webb, official court reporter, County Court at Law No. 4; and to counsel for all parties.

/s/    DAVID EVANS
        JUSTICE